IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANDERSEN MANUFACTURING INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>WYERS PRODUCTS GROUP, INC., a Colorado corporation,<br><br>Defendant. | Case No.  4:16-CV-51-BLW<br><br>(Lead Case)<br><br>**ORDER TO CONSOLIDATE** |
| ANDERSEN MANUFACTURING INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>WYERS PRODUCTS GROUP, INC., a Colorado corporation,<br><br>Defendant. | Case No.  4:16-CV-157-BLW |

The Court, having considered the parties' Stipulation to Consolidate, and for good cause shown,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 30) is APPROVED.

IT IS FURTHER ORDERED, that Case No. 4:16-cv-00157-BLW be consolidated into lead Case No. 4:16-cv-00051-BLW.  All future filings shall be made in Case No. 4:16-cv-00051-BLW.

DATED: June 29, 2016

_____

B. Lynn Winmill
Chief Judge
United States District Court