IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANDERSEN MANUFACTURING INC., an Idaho corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>WYERS PRODUCTS GROUP, INC., a Colorado corporation,<br><br>      Defendant. | Case No.  4:16-CV-51-BLW<br><br>ORDER |

The Court, having considered the parties' Stipulation to Extend Deadline to File Opposition to Motion to Stay Pending Outcome of Request for Reexamination of Plaintiff's Patents, and for good cause shown,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 32) is APPROVED.

IT IS FURTHER ORDERED, that the deadline for Plaintiff to file an opposition to the Motion to Stay shall be extended from June 24, 2016 to June 27, 2016.  Additionally, the deadline for the parties to exchange proposed claim constructions and extrinsic evidence shall be extended from July 6, 2016 to July 15, 2016.



DATED: June 29, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court